UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| JESSICA WILSON,<br><br>                    Plaintiff,<br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC and FMS, INC.,<br><br>                    Defendant. | Case No.: 1:20-cv-212-BLW<br><br>**ORDER** |

The parties having filed a Stipulation of Dismissal, and good cause appearing therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation of Dismissal (docket no. 18) is APPROVED, and that Defendant FMS, Inc. is DISMISSED WITH PREJUDICE and with each party to bear its own attorney fees and costs.

DATED: September 28, 2020

_____
B. Lynn Winmill
United States District Judge